UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-207-D-RJ-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| VERONICA JENERETTE | |

On motion of the Defendant, Veronica Jenerette, and for good cause shown, it is hereby ORDERED that DE 21 be sealed until further notice by this Court.

IT IS SO ORDERED.

This 22 day of July, 2025.

JAMES C. DEVER III
United States District Judge