PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Veronica Jenerette						Docket No. 5:23-CR-207-1D

### Petition for Action on Conditions of Pretrial Release
Hearing Requested

COMES NOW Jared Britt, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Veronica Jenerette, who was placed under pretrial release supervision by the Honorable Brian S. Meyers, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 18th day of July, 2025.

On August 26, 2025, a violation report was submitted to the court advising that on August 12, 2025, the defendant submitted a urine sample that tested positive for THC. At the time of test collection, the defendant admitted to using marijuana on or about July 20, 2025. At that time, it was recommended that no action be taken to allow the defendant an opportunity to engage in substance abuse treatment, and the court agreed with this recommendation.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 24, 2025, the defendant was enrolled in our district's surprise urinalysis program and signed an acknowledgement of program requirements. The defendant failed to submit required tests on the following dates: September 2, 2025; October 14, 2025; December 9, 2025; and January 15, 2026.

On October 27, 2025, the defendant was unsuccessfully terminated from group substance abuse services due to argumentative behavior, profanity, and disruption of the therapeutic process. The defendant was allowed to remain in individual substance abuse treatment.

On January 20, 2026, this officer collected a urine sample from the defendant at her residence as she failed to comply with random testing on January 15, 2026. The defendant's sample tested positive for THC and was confirmed positive by the national lab on January 28, 2026. At the time of test collection, the defendant admitted to using marijuana on December 17, 2025, and signed an admission of use form.

**PRAYING THAT THE COURT WILL ORDER** that a bond hearing be scheduled to determine if the defendant's bond should be revoked. The clerk shall provide a copy of the petition to the U.S. Attorney's Office.

Veronica Jenerette
Docket No. 5:23-CR-207-1D
Petition For Action
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jared Britt
Jared Britt
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2549
Executed On: February 3, 2026

### ORDER OF THE COURT

Considered and ordered the __4__ day of __February__, 2026, and ordered filed and made part of the records in the above case.

_____
James C. Dever, III
U.S. District Judge